UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILBERT TURNER,

                Petitioner,

    -against-

MCC WARDEN,

                Respondent.

20-CV-5796 (CM)

CIVIL JUDGMENT

Pursuant to the order issued July 27, 2020, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice to the pending action under docket number 20-CV-5473 (CM). Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   July 27, 2020
           New York, New York

                                            COLLEEN McMAHON
                                       Chief United States District Judge